IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-cr-00232-RPM

UNITED STATES OF AMERICA,

    Plaintiffs,

vs.

1.    EDWARD P. MATTAR, III
2.    THOMAS ALAN BOYD,
3.    JACK O. GRACE, JR.,
4.    GLENN M. GALLANT, and
5.    DOUGLAS R. BAETZ.

    Defendants.

## ORDER REMOVING DOROTHY MARES MCCUAIG AS COUNSEL OF RECORD FOR PLAINTIFF

This matter comes before the Court upon plaintiff's motion to have Dorothy Mares McCuaig removed as counsel of record for the plaintiff in the above entitled matter.

After review, the motion is granted and it is **ORDERED** that the name of Dorothy Mares McCuaig is to be removed from the list of counsel for the plaintiff.

DATED: January 26, 2006

BY THE COURT:

_____
Richard P. Matsch
Senior United States Judge