UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Case No.  03-cr-00232-RPM

UNITED STATES OF AMERICA,

  Plaintiff,

v.

GLENN M. GALLANT, and
DOUGLAS R. BAETZ,

  Defendants.

---

ORDER CONCERNING PROCEDURES FOR SENTENCING

---

  The Court having now determined the defendants' Rule 29 motions and the government's motion for preliminary order of forfeiture, this matter is now ready to proceed to a sentencing hearing.  Presentence reports were prepared for each defendant, dated October 4, 2005.  The government submitted a sentencing statement and a motion for upward departure and the defendants made their respective objections through the probation department.  It now appears to this Court that there are substantial issues to be resolved in the sentencing process.  Among them are questions concerning the extent to which this Court should give consideration to U.S.S.G. 2F1.1(b)(1)(S) and the amount of loss in the application of that guideline, considering *United States v. Booker*, 543 U.S. 220.  Another issue that must be resolved is what restitution must be ordered in compliance with 18 U.S.C. §

3663(A). Given the complexity of this case, the Court has determined that these and other issues that may be raised should be addressed directly by the Court through pleadings filed with the Court rather than the established procedure of addressing all sentencing issues through the probation office and the presentence investigation report. Accordingly, it is now

ORDERED that the respective probation officers shall file a supplement to their presentence investigation reports, reflecting this Court's rulings on the Rule 29 motions and the forfeiture motion. It is

FURTHER ORDERED that the government shall file directly with the Court a statement of its contentions with respect to the use of the Sentencing Guidelines and calculations regarding the amount of loss as a sentencing factor and also addressing the issues of restitution and any further consideration of forfeiture. The government's statement addressing this and any other issues shall be filed on or before February 21, 2006. The defendants shall file their statements on these and any other issues on or before March 6, 2006. If any party seeks to present evidence beyond that which is already of record in this case, the statement filed shall specify what hearing may be necessary and what evidence would be offered if the Court grants a hearing before the sentence hearing. It is

FURTHER ORDERED that the date for the sentencing hearing will be determined by the Court after review of the papers filed in response to this order.

DATED: February 3rd, 2006

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch
Senior United States District Judge