UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Case No.  03-cr-00232-RPM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

GLENN M. GALLANT and
DOUGLAS R. BAETZ,

       Defendants.

---

ORDER TO DELAY SENTENCING UNTIL COMPLETION OF TRIAL OF CO-DEFENDANTS

---

      Mindful of the requirement of Fed. R. Crim. P. 32(b)(1) that sentence be imposed without unnecessary delay, the Court has reviewed the disputes between the Government and these defendants as reflected in the pleadings filed since the preparation of the pre-sentence report and at court hearings on sentencing issues. The Defendants' Supplemental Response Concerning Sentencing Issues, filed May 5, 2006, summarizes the outstanding issues that directly affect the determination of the factors to be considered in sentencing under the Sentencing Guidelines as well as 18 U.S.C. § 3553.  One of the more significant issues is the computation of loss caused by the conduct of these defendants and the amount of losses for which restitution is mandatory under 18 U.S.C. § 3663A.  As the defendants have noted in their supplemental response, the evidence to be received at the forthcoming trial of the co-defendants, to begin on July 10, 2006, will have some relevance to the outstanding

issues, particularly as to the relationship between the conduct of these defendants Glenn M. Gallant and Douglas R. Baetz as determined by the jury after their trial and what may be determined with respect to the bank officer defendants after their trial. While a jury verdict in that forthcoming trial may not be fully determinative of the issues, the additional evidence may be considered in further hearings as required under Fed. R. Crim. P. 32(h)(i). Additionally, the defendants have on June 2, 2006, filed a supplement to their motion to dismiss Count 74 of the second superseding indictment, based on this Court's ruling on motions filed by defendants Thomas Alan Boyd and joined by Edward P. Mattar, III. The Government should respond to that motion.

For the foregoing reasons, the Court has determined that the defendants' suggestion that the sentencing hearing as to them be delayed until after conclusion of the trial of the co-defendants, to begin on July 10, 2006, is appropriate and necessary for the Court and the parties better to evaluate the disputes that have arisen with respect to sentencing, and it is therefore

ORDERED that the sentencing hearing in this matter will be delayed until after completion of the trial of the co-defendants to begin July 10, 2006, and it is

FURTHER ORDERED that the Government will respond to the supplement to the motions to dismiss Count 74 on or before June 30, 2006.

DATED: June 5, 2006

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch
Senior United States District Judge