UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Case No. 03-cr-00232-RPM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

EDWARD P. MATTAR, III,
THOMAS ALAN BOYD,
JACK O. GRACE, JR.,
GLENN M. GALLANT, and
DOUGLAS R. BAETZ,

        Defendants.

## ORDER FOR HEARING TO DETERMINE SENTENCING PROCEDURE

        The Court having now made its findings determining the defendants Edward P. Mattar, III, Thomas Alan Boyd, and Jack O. Grace, Jr., to be guilty of the offenses charged as Counts 1, 26 through 31, 53, 54, 58, 59, 60 and 62 through 64, and the Court having previously entered an order to delay the sentencing of Glenn M. Gallant and Douglas R. Baetz on the counts on which they have been determined to be guilty and the Court having also reserved ruling on the forfeiture allegation in Count 95 and it being the view of the Court that the determination of the applicability of the Sentencing Guidelines and the computation of the relevant offense conduct, the amount of loss and other considerations which are issues of disputed fact and also considering the mandate of Fed.R.Crim.P. 32(c) that a presentence investigation be conducted, it is now

        ORDERED that a hearing will be convened on February 21, 2007, at 10:00 a.m.

in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado, for the purpose of consulting with counsel for the Government and all defendants to determine the procedures appropriate to the sentencing of all defendants.  The defendants are not required to be present at the hearing because the hearing will be limited to a procedural hearing on questions of procedural law.

DATED: February 12th, 2007

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge