UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Case No.  03-cr-00232-RPM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

EDWARD P. MATTAR, III,
T. ALAN BOYD,
JACK O. GRACE, JR.,
GLENN M. GALLANT, and
DOUGLAS R. BAETZ,

        Defendants.

## ORDER ESTABLISHING SENTENCING PROCEDURE

      At a hearing held on February 21, 2007, attended by counsel for the government and all five defendants, the Court addressed the methodology of determining the sentencing factors required for calculating a sentence for each defendant under Section 2 F1.1 of the 1997 Guidelines Manual and 18 U.S.C. § 3553 and directed the government to file a statement of position and the defendants to file responses.  Upon review of the papers filed and considering the trial records on file, it is apparent that the procedure directed by Fed.R.Crim.P. 32 for the conduct of an investigation and preparation of a presentence report by probation officers of the matters required to be included by Rule 32(d)(1) would result in confusion and delay and that the procedure for notice and objections established by Rule 32(e) and (f) are inappropriate to the fact finding issues which must be resolved by the Court at a hearing on proper notice.  Therefore, it is now

ORDERED, that the assigned probation officers will not conduct a presentence investigation into or prepare a presentence report with respect to the factors which are relevant to a Sentencing Guidelines calculation, or as to the amounts for which restitution is required under 18 U.S.C. § 3663 A and on the government's claim of forfeiture, and it is

FURTHER ORDERED, that considering only the respective trial records, the Court will issue presumptive findings and conclusions as to Sentencing Guidelines computations and as to restitution with an order setting times for the government and defendants to file objections with the issues to be addressed at a sentencing hearing or hearings as will be directed.  It is expected that separate hearings will be required for the defendants in the separate trials resulting in the jury verdict and the Court's findings.  It is

FURTHER ORDERED, that any objections to this procedure must be filed on or before May 1, 2007.

DATED: April 16th, 2007

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge