IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-cr-00232-RPM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. GLENN M. GALLANT and
5. DOUGLAS R. BAETZ,

    Defendants.
_____

ORDER TO RESPOND
_____

    On July 18, 2005, Douglas Baetz filed a motion to allow his bond deposit to be released to his attorney Lee D. Foreman at the conclusion of ths criminal proceeding. On the following day, Glenn Gallant filed an identical motion for release of his bond deposit to his attorney Patrick T. Murphy. Both defendants were sentenced on August 17, 2007. The Court entered a final order of forfeiture in the judgment for each defendant, pursuant to the government's motion for final order of forfeiture seeking a personal money judgment under Fed. R. Crim. P. 32.2 (b)(1). On October 23, 2007, the defendants filed a joint motion to renew their earlier motions for release of the bond deposits to their respective counsel. The defendants have surrendered for service of their sentences, thereby satisfying the conditions of their bonds which may now be exonerated.

    On November 20, 2007, the government objected to the motions and filed a motion for order of forfeiture under 21 U.S.C. § 853 (p). Lee Foreman and Patrick Murphy, as claimants, filed a reply on December 13, 2007. On December 19, 2007, the government filed a motion for time to file a response to the reply filed on behalf of defense attorneys by January 4, 2008.

Upon review of the papers, it appears to the Court that because the government sought and obtained personal money judgments against the defendants, the provisions for the seizure of particular property under 21 U.S.C. § 853 and Rule 32.2 are not applicable and the government is limited to collection of the money judgments under Fed. R. Civ. P. 69.  It also appears that the bond deposits are not subject to seizure under a writ of execution in that they are property that is in custodia legis.

Because this analysis has not been addressed by the government or the defendants/claimants, it is

ORDERED, that the government and the defendants/claimants shall have to and including January 4, 2008, to file their responses to this order.

DATED: December 21st, 2007

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge