Date: February 15, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Criminal Action No. 03-cr-00232-RPM

| UNITED STATES OF AMERICA, | James S. Russell |
|---|---|
| | John M. Haried |
| Plaintiff, | |
| v. | |
| 4. GLENN M. GALLANT, | Patrick T. Murphy |
| 5. DOUGLAS R. BAETZ, | Lee D. Foreman |
| And | |
| Lee D. Foreman (Claimant) | John M. Richilano |
| Patrick T. Murphy (Interested Party) | Marci Gilligan |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

**Hearing on Motions [1284] and [1303]**

**10:30 a.m.** Court in session.

Court's preliminary remarks and its summary of the issue being heard.

10:40 a.m. Argument by Mr. Russell.

**ORDERED:** **Assignments were effective upon the execution of the affidavits dated May 20, 2005 and attached to the motions filed July 18th and 20th, 2005. Property was assigned to counsel Lee D. Foreman and Patrick D. Murphy. Clerk shall release funds to Lee D. Foreman and Patrick D. Murphy.**

Government's oral motion to stay Court's ruling by Mr. Russell.

**ORDERED:** **Government's oral motion to stay Court's ruling is denied.**

**ORDERED:** **Joint Motion by Defendants Gallant and Baetz to Renew Motions to Allow Bond Deposit to be Released to Counsel at Conclusion of Proceedings, filed October 23, 2007 [1284], is granted.**

**ORDERED:** **Motion for Order as to Certain Substitute Property of Defendants Baetz and Gallant, filed November 20, 2007 [1303], is denied.**

**10:45 .m.** **Court in recess.** Hearing concluded. Total time in court: 15 min.