UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Criminal Case No.  03-cr-00232-RPM

UNITED STATES OF AMERICA,

       Plaintiff,

v.


2.     THOMAS ALAN BOYD,
3.     JACK O. GRACE, JR.,
4.     GLENN M. GALLANT,
5.     DOUGLAS R. BAETZ,

       Defendants.

---

### ORDER TO TRANSPORT PRISONER FOR PROSECUTION

---

       To comply with the mandate of the Tenth Circuit Court of Appeals and the government's request for an evidentiary hearing to determine the Sentencing Guidelines range for the defendants, a hearing is scheduled to begin on October 26, 2009, at 9:00 a.m.  The defendants must be present at that hearing.  The defendant Douglas R. Baetz is in the custody of the Bureau of Prisons housed at the Federal Correctional Institution in Miami, Florida, and it was expected that Mr. Baetz would appear at the hearing by video teleconferencing using the equipment available at that institution.  On October 2, 2009, the government filed a status report informing that those facilities would not be made available.  Accordingly, it is necessary to transport Mr. Baetz to this court and to arrange for housing him at an appropriate security level until completion of the court proceedings for re-sentencing.  To avoid delay and to prevent Mr. Baetz from being disadvantaged by such transportation and housing, it is

2

ORDERED, that the United States Marshal's Service shall transport Douglas R. Baetz by air, directly from FCI, Miami, Florida, to the Federal Detention Center, Englewood, Colorado, for his appearance before this Court for hearing to begin on October 26, 2009, and it is

FURTHER ORDERED, that the Bureau of Prisons shall provide housing for Douglas R. Baetz at FDC, Englewood, Colorado, until completion of the re-sentencing of him.

DATED: October 6th, 2009

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge