UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Criminal Case No.  03-cr-00232-RPM

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.


2.　　THOMAS ALAN BOYD,
3.　　JACK O. GRACE, JR.,
4.　　GLENN M. GALLANT,
**5.　　DOUGLAS R. BAETZ**,

　　　　Defendants.

---

## ORDER DENYING MOTION FOR RECONSIDERATION

---

On October 12, 2009, counsel for defendant Douglas Baetz filed a motion for reconsideration of this Court's order to transport prisoner for prosecution, dated October 6, 2009.  In that motion, counsel expresses concern regarding whether the order will be complied with by the United States Marshal's Service and the Bureau of Prisons. Counsel also expresses concern that legal materials were removed from Mr. Baetz's possession.  Mr. Baetz is represented by counsel and the Court has every expectation that its order will be fully implemented.  Mr. Baetz being personally present for the forthcoming hearing will enhance his ability to participate.  Accordingly, it is

ORDERED that the motion for reconsideration is denied.

DATED: October 16th, 2009

　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　s/Richard P. Matsch

　　　　　　　　　　　　_____
　　　　　　　　　　　　Richard P. Matsch, Senior District Judge