UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Criminal Case No.  03-cr-00232-RPM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2.      THOMAS ALAN BOYD,
3.      JACK O. GRACE, JR.,
4.      GLENN M. GALLANT,
**5.**     **DOUGLAS R. BAETZ**,

        Defendants.

---

ORDER TO TRANSPORT PRISONER FOR RETURN TO FCI, MIAMI, FLORIDA

---

        Pursuant to this Court's Order to Transport Prisoner for Prosecution, entered October 6, 2009, the United States Marshal's Service transported Douglas R. Baetz to this court for evidentiary hearings beginning October 26, 2009, at 9:00 a.m.  The hearings have been concluded and the defendant Douglas Baetz should now be returned to the Federal Correctional Institution in Miami, Florida, to resume serving his sentence without delay.  To avoid Mr. Baetz from being adversely affected by the transportation process it is now

        ORDERED that the United States Marshal's Service shall transport Douglas R. Baetz by air, directly to FCI, Miami, Florida, to return him to the custody of the Bureau of Prisons.

        DATED: October 28th, 2009

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge