UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Criminal Case No.  03-cr-00232-RPM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2.     THOMAS ALAN BOYD,
3.     JACK O. GRACE, JR.,
4.     GLENN M. GALLANT,
**5.     DOUGLAS R. BAETZ**,

       Defendants.

---

ORDER SETTING RE-SENTENCING PROCEEDINGS

---

       It is

       ORDERED that re-sentencing proceedings for Defendant Douglas R. Baetz are set for **February 26, 2010, at 9:00 a.m. in Courtroom <u>A501</u>, the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado**.  Defendant will appear by video conference facilities.

       DATED: January 13th, 2010

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior District Judge