UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Criminal Case No.  03-cr-00232-RPM

UNITED STATES OF AMERICA,

          Plaintiff,

v.

2.     THOMAS ALAN BOYD,
3**.**     JACK  O. GRACE, JR.,
4.     GLENN M. GALLANT,
**5.     DOUGLAS R. BAETZ**,

          Defendants.

_____

ORDER SETTING RE-SENTENCING PROCEEDINGS

_____

          It is

          ORDERED that re-sentencing proceedings for Defendant Douglas R. Baetz are

set for **April 1, 2010, at 9:00 a.m. in Courtroom** <u>**A501**</u>**, the Alfred A. Arraj United**

**States Courthouse, 901 19th Street, Denver, Colorado**.  Defendant will appear by

video conference facilities.

          DATED: March 3rd, 2010

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____

                              Richard P. Matsch, Senior District Judge