UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Criminal Case No. 03-cr-00232-RPM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.     THOMAS ALAN BOYD,
3.     JACK O. GRACE, JR.,
4.     GLENN M. GALLANT,
5.     DOUGLAS R. BAETZ,

    Defendants.

---

## ORDER SETTING RESTITUTION HEARING

---

    It is

    ORDERED that a hearing regarding restitution is scheduled for **April 1, 2010, at 2:00 p.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

    DATED: March 5th, 2010

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____
                    Richard P. Matsch, Senior District Judge